**MITSUBISHI INTERNATIONAL COR-PORATION et al., Plaintiffs-Appellees,**

v.

**12,000 TONS STEEL CARGO ABOARD M/V ST. NICHOLAS, the M/V ST. NICHOLAS, her Master and those in interest with her, Defendants-Appellees.**

**TOYOTA MOTOR SALES CO., Ltd., et al., Plaintiffs-Appellees,**

v.

**538 AUTOMOBILES AND 5,200 TONS OF STEEL CARGO, ABOARD M/V GOLDEN ORCHID, the M/V GOLDEN ORCHID, her Master and those in interest with her, Defendants-Appellees.**

**ASSOCIATE METAL AND MINERAL CORPORATION et al., Plaintiffs-Appellees,**

v.

**2,000 TONS STEEL CARGO ABOARD M/V ILKIN TAK, The M/V ILKIN TAK, her Master and those in interest with her, Defendants-Appellees.**

**TOYOMENTA, INC., et al., Plaintiffs-Appellees,**

v.

**4,500 TONS APPROXIMATELY OF STEEL CARGO ABOARD M/V EASTERN GLORY, The M/V EASTERN GLORY, her Master and those in interest with her, Defendants-Appellees.**

**AMERICAN RADIO ASSOCIATION, AFL–CIO, et al., Intervenors-Appellants.**

**No. 71-3541.**

United States Court of Appeals,
Fifth Circuit.

Feb. 29, 1972.

Bertram Perkel, New York City, W. Arthur Combs, Joseph F. Archer, Herman Wright, Houston, Tex., C. Paul

---

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of

Barker, New Orleans, La., for intervenors-appellants.

Robert Eikel, Ben Reynolds, Anthony J. P. Farris, U. S. Atty., Houston, Tex., for defendants-appellees.

Before BELL, DYER and CLARK, Circuit Judges.

PER CURIAM:

Assuming *arguendo* the existence at one point of a case or controversy within the meaning of Article III of the Constitution, it is now undisputed that the matters which gave rise to the issue underlying this appeal are moot. The judgment of the district court in question is therefore vacated and the cause is remanded with direction to dismiss the proceedings as being moot. Cf. Troy State University v. Dickey, 5 Cir., 1968, 402 F.2d 515, 516–517; and Lebus for and on Behalf of N.L.R.B. v. Seafarer's Int'l Union, 5 Cir., 1968, 398 F.2d 281, 283, on the procedure to be followed by the Court of Appeals in dismissing a case by reason of mootness.

Vacated and remanded with directions.